SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ADRIENNE W. LEE, Cal. Bar No. 265617
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130
ghurley@sheppardmullin.com
alee@sheppardmullin.com

Attorneys for Defendant
TOMMY BAHAMA
R&R HOLDINGS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARTIN VOGEL,

Plaintiff,

vs.

ONTARIO MILLS LIMITED PARTNERSHIP; ONTARIO MILLS II LIMITED PARTNERSHIP; SIMON PROPERTY GROUP, LP; AE RETAIL WEST, LLC dba AERIE #02851; AEROPOSTALE WEST, INC. dba AEROPOSTALE #00717; BANANA REPUBLIC, LLC dba BANANA REPUBLIC FACTORY STORE #7983; CONVERSE, INC. dba CONVERSE #0020; COTTON ON USA, INC. dba COTTON ON; DAVE & BUSTERS OF CALIFORNIA, INC. dba DAVE & BUSTERS #10; DAVE & BUSTERS, INC. dba DAVE & BUSTERS #10; THE GAP, INC. dba GAP OUTLET #7779; H&M HENNES & MAURITZ, LP dba H&M #177; SB CAPITAL ACQUISITIONS, LLC dba JC's 5 STAR OUTLET; LEVI'S ONLY STORES, INC. dba LEVI'S OUTLET STORE #310; MARSHALLS OF CA, LLC dba MARSHALLS #665; NAUTICA RETAIL USA, INC. dba NAUTICA #0066; NIKE RETAIL

CASE NO. 2:13-cv-03334 DMG (JCG)

**DEFENDANT TOMMY BAHAMA R&R HOLDINGS, INC.'S NOTICE OF MOTION AND MOTION TO SEVER AND DISMISS BASED ON MISJOINDER**
**[Fed. R. Civ. P. 21]**

Date: November 15, 2013
Time: 9:30 a.m.
Ctrm: 7, Second Floor

*(Filed Concurrently with Memorandum of Points and Authorities; Declaration of Gregory F. Hurley; and [Proposed] Order)*

Action Filed: June 25, 2013
Trial Date: None Set
Assigned to: Hon. Dolly M. Gee

SERVICES, INC. dba NIKE FACTORY STORE #110; OLD NAVY, LLC dba OLD NAVY #5788; LA JOLLA RETAIL, INC. dba O'NEILL #013A; PACIFIC SUNWEAR STORES CORP. dba PACSUN #01000; CORNERSTONE APPAREL, INC. dba PAPAYA CLOTHING; QS RETAIL, INC. dba QUIKSILVER FACTORY STORE #0836; RAINFOREST CAFÉ, INC. dba RAINFOREST CAFÉ; WORLD OF JEANS & TOPS dba TILLY'S #12; TOMMY BAHAMA R&R HOLDINGS, INC. dba TOMMY BAHAMA #0096; PVH RETAIL STORES, INC. dba TOMMY HILFIGER #104; U.S. OUTLET STORES ONTARIO, LLC dba U.S. POLO ASSN. #0004; VF OUTDOOR, INC. dba VANS #081; VF OUTLET, INC. dba VANS #081; THE WET SEAL RETAIL, INC. dba WET SEAL #626; WINDSOR FASHIONS, INC. dba WINDSOR #0501; ZUMIEZ, INC. dba ZUMIEZ #123,

Defendants.

# NOTICE OF MOTION

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 15, 2013 at 9:30 a.m., or as soon thereafter as the motion may be heard before the Honorable Dolly M. Gee in the United States District Court, Central District of California, Courtroom 7, Second Floor, located at 312 N. Spring Street, Los Angeles, California, defendant Tommy Bahama R&R Holdings, Inc. ("Tommy Bahama") hereby moves for an order severing and dismissing Tommy Bahama from this case, pursuant to Rule 21 of the Rules of Federal Civil Procedure.

This motion (the "Motion") is brought on grounds that the parties to this action are not properly joined. Under Rule 20(a)(1) of the Federal Rules of Civil Procedure, a plaintiff may join defendants in one action if (A) any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any question of law or fact common to all defendants will arise in the action. Here, the requirements of Rule 20(1)(A) are not satisfied. While the defendants named in this action (including Tommy Bahama) are located in a common shopping center, they have nothing in common. The alleged Americans with Disabilities Act (42 U.S.C. § 12101 et seq.) and parallel state law (Cal. Civil Code §§ 51 et seq. & 54 et seq. & Cal. Health and Safety Code § 19955 et seq.) violations by the various defendants do not arise out of the same transaction, occurrence, or series of transactions or occurrences, simply because Plaintiff may have happened to visit each of defendants' facilities at the same shopping center, on the same day. Plaintiff cannot join defendants who are tenants just because they may rent their respective facilities from the same landlord.

\\\
\\\

This Motion is based upon this notice of motion, the memorandum of points and authorities in support thereof, the concurrently-filed Declaration of Gregory F. Hurley, and all other papers and pleadings on record with this Court, and upon such other arguments and items as may be presented to the Court at the hearing of this matter.

Dated: October 15, 2013

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *\/s/ Gregory F. Hurley*

GREGORY F. HURLEY
Attorneys for Defendant
TOMMY BAHAMA
R&R HOLDINGS, INC.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, 4th Floor, Costa Mesa, CA 92626-1993.

On October 15, 2013, I served true copies of the following document(s) described as **DEFENDANT TOMMY BAHAMA R&R HOLDINGS, INC.'S NOTICE OF MOTION AND MOTION TO SEVER AND DISMISS BASED ON MISJOINDER [Fed. R. Civ. P. 21]** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**AND**

**BY MAIL to Christopher M. Lal only:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

***Attorneys for World of Jeans and Tops***
Christopher M. Lal
Tillys
10 Whatney
Irvine, CA 92618
949-609-5599
949-609-5508 (fax)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 15, 2013, at Costa Mesa, California.

*/s/ Carole Dubienny*
Carole Dubienny